IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRINCIPAL LIFE INSURANCE
COMPANY,

    Plaintiff,

v.                                  CASE NO.: 1:11cv166-SPM/GRJ

BRANDI L. ODUM,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This case has been dismissed with prejudice pursuant to the Stipulation of Dismissal With Prejudice (doc. 8) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, the clerk shall close this case.

SO ORDERED this 3rd day of January, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge